# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2232
LT Case No. 2007-CF-13829

_____

ANTHONY W. VAUGHAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Anthony W. Vaughan, Lake Butler, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED. *See Johnson v. State*, 308 So. 3d 171 (Fla. 4th DCA
2020).

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————